**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **1:22-CR-10014** |
| | ) | |
| **YOEL MERCEDES** | ) | |

## ASSENTED-TO MOTION TO CONTINUE RULE 11 PLEA HEARING

NOW COMES the Defendant, YOEL MERCEDES, in connection with the above-captioned matter and respectfully requests that this Honorable Court continue the Rule 11 Hearing from October 5, 2022 for approximately 60 days. Defense Counsel suggests a hearing via Zoom video conference on the afternoon of November 29, November 30, December 2, December 6, December 8, December 9, December 14, December 15, December 16, 2022 or the next available date that the Court can accommodate. Defense Counsel is not available on October 3, 2022 as scheduled due to his recovery from COVID-19. Counsel has been out sick for almost two weeks and was not able to properly prepare for the hearing or participate in the hearing. The Government assents to this request. The Defendant suggests the time should be excluded.

WHEREFORE, the Defendant requests that this Honorable Court continue the Rule 11 Hearing to a new date in approx. 60 days.

Respectfully submitted,
YOEL MERCEDES,
By his attorney,

*/s/ CLMALCOLM*

_____
Christopher L. Malcolm
BBO No.: 684440
266 Willowgate Rise
Holliston, MA 01746
617-645-0089
clmalcolm@gmail.com

Date: October 4, 2022

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by electronic notice on the US Attorney's Office.


                                          */s/ CLMALCOLM*
        Date:   10/5/22                 _____
                                          Christopher L. Malcolm